**United States District Court**
**Northern District of New York**

| | | |
|---|---|---|
| Dashawn Russell, | ) | Case 5:21-cv-00396-FJS-TWD |
|     *Plaintiff*, | ) | |
| | ) | Frederick J. Scullin, Jr. |
| vs. | ) | United States District Judge |
| | ) | |
| Kilolo Kijakazi[1], | ) | Thérèse Wiley Dancks |
| Acting Commissioner of | ) | United States Magistrate Judge |
| Social Security | ) | |
|     *Defendant*. | ) | Stipulation – Document Filed Electronically |

**Parties' Stipulation for Remand**

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the ALJ will provide Plaintiff the opportunity for a new hearing, re-evaluate Dr. Shapiro's opinion, re-determine Plaintiff's residual functional capacity, and issue a new decision.

The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

Kilolo Kijakazi,                                              Dashawn Russell

By Her Attorneys                                    By His Attorney

Carla B. Freedman,
United States Attorney

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 43(c)(2) of the Federal Rules of Appellate Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

| | |
|---|---|
| */s/ Lisa G. Smoller* | */s/ Howard D. Olinsky*[2] |
| Lisa G. Smoller | Howard D. Olinsky |
| Special Assistant United States Attorney | Olinsky Law Group |
| N.D.N.Y. Bar Roll No. 700999 | 250 S. Clinton Street, Suite 210 |
| Social Security Administration | Syracuse, NY 13202 |
| Office of the General Counsel | (315) 701-5780 |
| J.F.K. Federal Building, Room 625 | holinsky@windisability.com |
| Boston, MA 02203 | |
| (617) 565-4279 | |
| Lisa.g.smoller@ssa.gov | |

IT IS SO ORDERED.

Date: January 21, 2022

_____
Frederick J. Scullin, Jr.
Senior United States District Judge

---

[2] Signed by Lisa Smoller with Howard Olinsky's permission.